ORIGINAL

Approved: [signature]
DANIEL P. FILOR
Assistant United States Attorney

Before: HONORABLE JUDITH C. McCARTHY
United States Magistrate Judge
Southern District of New York

14 mag 2906

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>CHRISTOPHER TURNER,<br><br>Defendant. | **COMPLAINT**<br><br>Violations of<br>18 U.S.C. § 2113(a)<br><br>COUNTY OF OFFENSE:<br>WESTCHESTER |

SOUTHERN DISTRICT OF NEW YORK, ss.:

BRENDAN KENNEY, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

COUNT ONE

1. On or about December 26, 2014, in the Southern District of New York, CHRISTOPHER TURNER, the defendant, knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, TURNER robbed a branch of TD Bank located at 301 Fifth Avenue in Pelham, New York.

(Title 18, United States Code, Section 2113(a).)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2. I have been involved in the investigation of the above-described offense. I am familiar with the facts and

circumstances set forth below from my personal participation in the investigation, including my review of pertinent documents, and from my conversations with fellow law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

## THE ROBBERY INVESTIGATION

3. Since December 26, 2014, the FBI, in collaboration with local law enforcement agencies, has been investigating a number of armed robberies that have taken place in Westchester County, New York (the "Robberies"). The Robberies include a December 26, 2014 robbery of a TD Bank branch (the "Pelham Robbery") located at 301 Fifth Avenue in Pelham, New York (the "TD Bank").

4. I have spoken with law enforcement officers with the Pelham Police Department ("PPD") and New Rochelle Police Department ("NRPD") involved in investigating the Robberies, reviewed law enforcement records, and viewed surveillance camera footage captured during the Pelham Robbery ("Surveillance Photos"). Based on these sources, I have learned the following information, in substance and in part:

a. On December 26, 2014, at approximately 7 p.m., a light-skinned black male whose age appeared to be in his twenties, wearing a blue Under Armour cap, beige gloves, tan scarf, black jacket and brown dress shoes entered the TD Bank.

b. During the Pelham Robbery, the bank robber handed a bank teller a note demanding cash, while brandishing what appeared to be a handgun. The note read, "$20,000 In the Bank Bag Now! Don't Do anything out of Norm Or Ill blow your brains" (the "Note").

c. The perpetrator obtained approximately $7,300.00 from the bank teller during the Pelham Robbery.

d. On the morning of December 27, 2014, CHRISTOPHER TURNER, the defendant, and a second individual, who had rented a Nissan Altima from Hertz (the "Vehicle"), returned the Vehicle to a Hertz location in Queens, New York. Based on consent from Hertz and the individual who had rented the

Vehicle, NRPD officers searched the Vehicle immediately after it was returned to Hertz and discovered clothes left in the Vehicle, including a black jacket and blue Under Armour cap, which, based on my review of the Surveillance Photos, appear to match the jacket and cap worn by the bank robber during the Pelham Robbery. A note in the jacket pocket read, "I have your mother hostage if you want to see her again Empty everything that in the drawer! If I sense the slightest resistance or if you do anything that out of the norm you will never see her again DO NOT PUT A DYE PACK!"

e. NRPD police officers arrested TURNER on December 27, 2014, at the Hertz location.

f. Based on my visual comparison of TURNER to the Surveillance Photos, TURNER appears to be the male who robbed the TD Bank.

g. Two tellers from the TD Bank reviewed photo arrays containing TURNER and several other individuals, and both tellers identified TURNER as the individual who committed the Pelham Robbery.

5. On December 29, 2014, I and another FBI Special Agent interviewed CHRISTOPHER TURNER, the defendant. During our interview with TURNER, he told us the following events, in substance and in part:

a. After receiving *Miranda* warnings and agreeing to waive his rights and speak with law enforcement officers, TURNER said that he and approximately three other individuals (the "Co-conspirators") met together on December 26, 2014, and planned to commit one or more robberies. The Co-conspirators gave TURNER what appeared to be a handgun to use during the robberies.

b. On December 26, 2014, TURNER and the Co-conspirators traveled to the TD Bank, and TURNER went into the TD Bank, handed a teller the Note, and brandished the object that appeared to be a handgun. The Teller handed him a large sum of money and he left the TD Bank and met the Co-conspirators to distribute the proceeds.

WHEREFORE, the deponent respectfully requests that CHRISTOPHER TURNER, the defendant, be imprisoned or bailed, as the case may be.

BRENDAN KENNEY
Special Agent
Federal Bureau of Investigation

Sworn to before me this
30th Day of December 2014

HONORABLE JUDITH C. McCARTHY
United States Magistrate Judge
Southern District of New York